

**Thomas F. Sacchetta**\*†‡¶
**Gerald B. Baldino, Jr.**\*¶
**Bruce H. MacKnight, Jr.**†¶
**Tyler Sacchetta**§
**Gerald B. Baldino, III**¶
¶*Member of PA & NJ Bars*
§*Member of DE, PA, & NJ Bars*

1201 North Orange Street
Suite 7543
Wilmington, DE 19801
Telephone: 302-884-6715
Fax: 302-573-2507

308 East Second Street
Media, PA 19063
Telephone: 610-891-9212
Fax: 610-891-7190

24 South Broad Street
Woodbury, NJ 08096
Telephone: 856-845-4400
Fax: 856-845-0400

*Please Reply to Wilmington Office*

July 16, 2021

*Submitted Via Electronic Filing*

Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 North King Street
Unit 9, Room 6325
Wilmington, DE 19801

    Re:    Rabe vs. Wittman
               US District Court for the District of Delaware, No. 19-838-RGA-SRF
               Our File No. 17-976-22

Dear Judge Andrews:

    Your Honor, I write to inform you that the parties have reached a settlement agreement in this matter. Once the settlement is formally finalized, a dismissal will be promptly filed with the Court.

                                  Respectfully,

                                  /s/ *Tyler Sacchetta*

                                  Tyler Sacchetta

cc:  Daniel Daly, Esquire

\*Board Certified as a Civil Trial Advocate by the National Board of Trial Advocacy

†Certified as a specialist in the practice of workers' compensation law by the Pennsylvania Bar Association Section on Workers' Compensation Law as authorized by the Pennsylvania Supreme Court

‡Certified Civil Trial Attorney, Supreme Court of New Jersey

WWW.SBATTORNEY.COM